IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALICIA GRAHAM                                                                                       PLAINTIFF

v.                                         NO. 4:25-CV-230-LPR

THE BOARD OF TRUSTEES OF
THE UNIVERSITY OF ARKANSAS                                              DEFENDANT

### RULE 26(f) CONFERENCE REPORT

Plaintiff Alicia Graham and Defendant Board of Trustees of the University of Arkansas, through their respective counsel, submit the following report as required by Fed. R. Civ. P. 26(f) and Local Rule 26.1:

1) <u>Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a)</u>.

   The parties agree that initial mandatory disclosures will be due 30 days after the date the Court enters a final scheduling order.

2) <u>Date when mandatory disclosures were or will be made</u>.

   The parties shall exchange initial disclosures under Fed. R. Civ. P. 26(a)(1) 30 days after the date the Court enters a final scheduling order. If either attorney anticipates an issue with this timing, he or she will promptly initiate a meet and confer with the opposing attorney.

3) <u>Subjects on which discovery may be needed</u>.

   The parties anticipate discovery on the standard subjects in a lawsuit including plaintiff's liability theories, plaintiff's alleged damages, and the defendant's defenses to plaintiff's claims.

4) <u>Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.</u>

   It is unknown at this time whether electronic or computer-based media will be requested. The parties are aware of the need to maintain relevant records. The parties anticipate that all relevant records will be reasonably available to the parties in the ordinary course of business.

      The parties agree to confer as necessary to determine the best method for production of electronically-stored information.

5) <u>Date by which discovery should be completed</u>.

      The parties do not object to the deadline in the Proposed Final Scheduling Order.

6) <u>Any needed changes in limitations imposed by the Federal Rules of Civil Procedure</u>.

      The parties agree to the delivery of discovery requests and responses via email at the email addresses on file with the Clerk of the Court. The parties agree that discovery requests and responses may be signed by e-signature. If it appears the parties will require more depositions than imposed by the Federal Rules of Civil Procedure, counsel will confer in good faith to arrange for these depositions. By agreeing to confer in good faith, no party is waiving any right to object to a requested deposition.

7) <u>Any Orders, e.g. protective orders, which should be entered</u>.

      Not at this time. If a protective order is needed, the parties agree to try to cooperate on language before seeking intervention by the Court.

8) <u>Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action</u>.

      No.

9) <u>Any objections to the proposed trial date</u>.

      No.

10) <u>Proposed deadline for joining other parties and amending the pleadings</u>.

      The parties do not object to the deadline in the Proposed Final Scheduling Order.

11) <u>Proposed deadline for completing discovery.</u>

      The parties do not object to the deadline in the Proposed Final Scheduling Order.

12) <u>Proposed deadline for filing motions. (Note: In the typical case, the deadline for filing motions should be no later than sixty (60) days before trial)</u>.

The parties do not object to the deadline in the Proposed Final Scheduling Order.

13) <u>Estimated number of six-hour trial days needed</u>.

The parties believe that 2-3 six-hour trial days are needed in this matter.

Respectfully submitted,

| ALICIA GRAHAM, | THE BOARD OF TRUSTEES OF |
| Plaintiff | THE UNIVERSITY OF |
| | ARKANSAS, Defendant |

BY: AUSTIN PORTER, JR.                    BY: SHERRI L. ROBINSON
       PORTER LAW FIRM                              Sr. Associate General Counsel
       Bar Number 86145                                 Bar Number 97194
       Attorney for Plaintiff                              Attorney for Defendant
       The Catlett-Prien Tower Building         Univ. of Ark. for Medical Sciences
       323 Center St., Suite 1035                    4301 W. Markham, Slot 860
       Little Rock, AR 72201                           Little Rock, AR 72205
       (501) 244-8200                                    (501) 686-7608
       Aporte5640@aol.com                         SLRobinson@uams.edu